UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | **Government Collection** |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _______________ |
| | § | (CDCS: 2025A10302) |
| Michelle Blumrick, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue*. The defendant resides in Harris County, Texas, and may be served with process at 2014 Fairwind Rd., Houston, Texas 77062.

3. *The Debt*. The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration, see Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 39,284.36 |
| B. | Interest (capitalized and accrued) | $ | 1,866.47 |
| C. | Administrative fees, costs, penalties (Including $405.00 Filing fee) | $ | 15,253.24 |
| D. | Balance due | $ | 56,404.07 |

E. Prejudgment interest accrues at 1.75% per annum being $1.89 per day.

F. The current principal in paragraph 3 A is after credits of $3,341.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

A. The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

B. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*

M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff